

2400 Chamber Center Dr.
Suite 200
P.O. Box 17534
Ft. Mitchell, KY 41017-0534
859.360.1123 | 859.578.3061 (Fax)

Nicholas R. Gregg
Direct: 859-360-0449
NGregg@MLJfirm.com

March 1, 2023

**VIA ECF**
Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Angel Hernandez v. The Office of the Commissioner of Baseball, et al.*
              Case No. 22-0343-cv

Dear Ms. O'Hagan Wolfe:

      PACER is showing that a proposed date for oral argument in the above-referenced matter has been set for some day during the week of May 15, 2023 (*see* Dkt. 86). This letter is to inform you and/or the Court that I am unavailable for those proposed dates as I will be out of town that entire week on a trip that was scheduled over a year ago and for which travel arrangements have already been made. I respectfully request that oral argument in the above-referenced matter not be scheduled for the week of May 15, 2023 for this reason. I am available for oral argument during the weeks of May 22, 2023; May 29, 2023; and any week in June of 2023.

      Thank you for your consideration of my request. If the you and/or the Court need additional avoid dates for oral argument past June 2023, please let me know.

      Respectfully submitted,

      */s/ Nicholas R. Gregg*
      Nicholas R. Gregg

NRG:cd
Enclosures

Cc: All Counsel of Record (via ECF)