Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 10, 2023

**Via ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Neil H. Abramson
Member of the Firm
d 212.969.3001
f 212.969.2900
nabramson@proskauer.com
www.proskauer.com

Re:   *Hernandez v. The Office of the Commissioner of Baseball, et al.*
      Docket No. No. 22-343

Dear Ms. O'Hagan Wolfe:

We represent The Office of the Commissioner of Baseball and Major League Baseball Blue, Inc. ("Defendants-Appellees") in the above-referenced appeal. I am lead counsel for Defendants-Appellees and will argue on behalf of Defendants-Appellees.

We write to update the Court regarding my availability for oral argument, which is currently calendared for the week of June 5, 2023. That week, I will be unavailable on June 7, 2023 and June 9, 2023 due to family obligations (my daughter's graduation from high school). We can provide the Court with any additional dates of unavailability upon request.

We thank the Court for its attention to this matter. Please do not hesitate to contact me with any questions.

Respectfully submitted,

*/s/ Neil H. Abramson*
Neil H. Abramson

cc:   All Counsel of Record (via ECF)